IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ALEX JOSEPH, | § | |
| | § | No. 136, 2018 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1509003810 (K) |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: April 24, 2018
Decided: May 10, 2018

**O R D E R**

The Clerk issued a notice to show cause directing the appellant to show cause why this appeal should not be dismissed for the appellant's failure to file a motion to proceed *in forma pauperis* or to pay the filing fee associated with the appeal. The appellant did not respond to the notice to show cause within the required ten-day period. Accordingly, dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice